UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ISAIAH LEDGISTER,

Defendant.

**ORDER**

S1 20 Cr. 631 (AKH)

WHEREAS, with defendant Isaiah Ledgister's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 17, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. The Clerk shall terminate ECF No. 272.

Dated:   New York, New York

         June 21      , 2022

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK